427 A.2d 1211

Commonwealth ex rel., Newton v. Newton.

Appeal of Joan W. Newton.

Submitted June 29, 1979. Donald H. Lipson, for appellant; James B. Martin, for appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Order affirmed.